**EXHIBIT 2:** INFRINGEMENT
URL: https://www.instagram.com/p/CXW5dwEvnNQ/?img_index=2

