UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-05041-RAO | Date: | 6/9/2025 |
| Title: | Global Weather Productions LLC v. Molly Sims | | |

| | |
|---|---|
| Present: | The Honorable   Rozella A. Oliver, United States Magistrate Judge |

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**       (In Chambers) **ORDER RE: DIRECT ASSIGNMENT TO MAGISTRATE JUDGE**

This action has been assigned to Magistrate Judge Rozella A. Oliver under Local Rule ("L.R.") 73 and General Order No. 24-05, which are both available on this District's webpage, located at http://www.cacd.uscourts.gov.  On June 6, 2025, the Clerk issued a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent form ("Notice and Declination of Consent" or "Notice"), CV-20B.  The Court directs all parties served with this order to promptly review L.R. 73.  There are **strict deadlines** for a party to decline consent to have a Magistrate Judge preside over this case. **If a declination of consent is not received by the applicable deadline, that party will be deemed to have knowingly and voluntarily consented to proceed before a Magistrate Judge for all purposes.**

Any represented party that would like to decline consent must return a completed and signed Notice and Declination of Consent by email to **optout_consent@cacd.uscourts.gov** by the applicable deadline:

- For cases initiated in the Central District, initiating parties must submit the Notice and Declination of Consent within **14 days** of the date of issuance of the Notice.  Other parties must submit the form within **14 days** of service of the Notice by the initiating party.
- For cases removed or transferred to the Central District, the removing party and any parties that receive electronic notice of the Notice and Declination of Consent by CM/ECF must submit the declination of consent within **7 days** of the date of issuance of the Notice.  Other parties must submit the declination of consent within **7 days** of service of the Notice by the initiating party.

Pro se litigants who are not incarcerated are subject to the same deadlines set forth above, but may submit the Notice and Declination of Consent at the customer service window of any

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  2:25-cv-05041-RAO                                    Date:  6/9/2025
Title:  Global Weather Productions LLC v. Molly Sims

Central District of California divisional office, through the Court's Electronic Document Submission System, or by U.S. Mail at the address listed in the Notice.

Incarcerated plaintiffs appearing pro se who would like to decline consent must submit the signed Notice and Declination of Consent by mail within 21 days of the date of service of the Notice.

**The Notice and Declination of Consent Form must not be electronically filed in CM/ECF or emailed to Judge Oliver's chambers email box.**

**Plaintiffs (or other initiating parties) must serve the Notice and this Order on each party at the time of service of the summons and complaint or other initial pleading.** Plaintiffs must file a proof of service within 14 days of service of the summons and complaint or receipt of a notice and acknowledgement of service.  L.R. 4-6.  **The proof of service must indicate that the Notice and this Order were served with the summons and pleading**.

**IT IS SO ORDERED.**

                                                                                              :
                                                        Initials of Preparer         er