**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 131910

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC,<br><br>Plaintiff,<br><br>v.<br><br>Molly Sims,<br><br>Defendant, | Case No: 2:25-cv-05041-RAO<br><br>**RETURNED SUMMONS** |

DATED: June 25, 2025

                                                  **SANDERS LAW GROUP**

By: */s/ Craig Sanders*
Craig Sanders, Esq. (Cal Bar 284397)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 131910

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* __Molly Sims__
was received by me on *(date)* __6/11/2025__.

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

[X] I left the summons at the individual's residence or usual place of abode with *(name)* __Betty Doe__
__781 Amalfi Dr Pacific Palisades, CA 90272__, a person of suitable age and discretion who resides there,
on *(date)* __6/15/2025__, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __80.00__.

I declare under penalty of perjury that this information is true.

Date: __6/18/2025__

*Tamar Ravid*
*Server's signature*

Tamar Ravid
Process Server
*Printed name and title*

By the Book Attorney Service
3637 Glendon Ave 203
Los Angeles, CA 90034
*Server's address*

Additional information regarding attempted service, etc:

Betty Doe (F, Hispanic, 50, 5"4, 110, Brown Hair, Brown Eyes) - Refused last name.