**SANDERS LAW GROUP**
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jmandel@sanderslaw.group

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC, <br><br> Plaintiff, <br><br> v. <br><br> Molly Sims, <br><br> Defendant. | Case No: 2:25-cv-05041-RAO <br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on July 11, 2025, I caused to be served via email, a copy of the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent (Dkt. No. 6), and the Court's Order Re: Direct Assignment to Magistrate Judge (Dkt. No. 9), to Defendant's attorney of record at:

    Derek A. Newman, Esq.
    dn@newmanlaw.com
    Newman LLP
    100 Wilshire Blvd., Suite 700
    Santa Monica, CA 90401

By: */s/ Jacqueline Mandel*
Jacqueline Mandel