Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 131910

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC, | |
| Plaintiff, | |
| v. | **Case No. 2:25-cv-05041-RAO** |
| Molly Sims, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//
//
//
//
//
//

1  DATED: August 8, 2025

2  **SANDERS LAW GROUP**

3  By: _/s/ Craig Sanders_
   Craig Sanders, Esq.
4  333 Earle Ovington Blvd, Suite 402
   Uniondale, NY 11553
5  Tel: (516) 203-7600
   Email: csanders@sanderslaw.group
6  File No.: 131910

7  *Attorneys for Plaintiff*